# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154375 & (22)

JAMIE LYNNE PREVO,
      Plaintiff-Appellant,

v

                                        SC: 154375
                                        COA: 330919
                                        Ingham CC: 12-001648-DP

BRANDON JERMAIN JACKSON,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 19, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to include government documents is DENIED.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017

Clerk

s0925